THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 1 2015   VCC

David J. Bradley, Clerk
Laredo Division

| | |
|---|---|
| ROBERTO MARTINEZ § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. 5:15-CV-48 |
| § § | |
| ASI LLOYDS, SHANON WATSON, § and ADAM ANDERSON § § § | |
| Defendants. § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Roberto Martinez and Defendants ASI Lloyds, Shanon Watson, and Adam Anderson jointly move to dismiss this action with prejudice, each party bearing its own costs. After considering the Motion, this Court is of the opinion that the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendants' Joint Motion to Dismiss with Prejudice in its entirety is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring same.

SIGNED this __10th__ day of __August 10__, 2015.

_____
JUDGE PRESIDING